UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| KEVIN DUDEN, | Case No. | 4:23-CV-5047-SAB |
|---|---|---|
| Plaintiff, | CIVIL MINUTES | |
| -vs- | DATE: | DECEMBER 16, 2024 |
| STATE OF WASHINGTON, et al., | LOCATION: | VIDEO CONFERENCE |
| Defendants. | MOTION HEARING | |

| | Chief Judge Stanley A. Bastian | |
|---|---|---|
| Michelle Fox | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Harold Franklin | | Laura Morse |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

[ ] **Open Court**        [ ] **Chambers**        [ X ] **Telecon/Video**

Motion for Summary Judgment, ECF No. 14

Court addresses counsel.  Court has reviewed all the briefing.

L. Morse presents argument.
    Court addresses counsel.  The issue is could Mr. Duden have accommodations.
    L. Morse continues argument.
    Court questions counsel.
    L. Morse continues argument.
    Court questions counsel.
    L. Morse responds and continues argument.
    Court questions counsel regarding interactive process.
    L. Morse responds and continues argument.
    Court questions counsel.
    L. Morse responds and continues argument.

## [X]  ORDER FORTHCOMING

| **Convened:** 2:00 p.m. | **Adjourned:** 2:35 p.m. | **Time:** 35 min. | **Calendared** [ X ] |
|---|---|---|---|

*Duden  –vs-  State of WA, et al.*  December 16, 2024
4:23-CV-5047-SAB  Page 2
Motion Hearing

H. Franklin presents argument.
    Court questions counsel.
    H. Franklin responds and continues argument.

L Morse reply argument.

Court states the trial is February 24, 2025.  Court will rule today so counsel will not start preparing for trial.  Court GRANTS Motion.  There are no material issues of facts.  The defendant did evaluate possible accommodations.   Plaintiff failed to engage in the interactive process. Defendant does not have to alter the functions of the job.  Court will enter an Order.